ren V. Picillo. *Joseph D. Accardi, Pasquale A. Annarummo,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

February 13, 1968.

M. P. No. 237. WILLIAM A. BURKE *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus granted. Entitlement of case amended. *William A. Burke,* petitioner, pro se. *Herbert F. De-Simone,* Attorney General, for respondent.

M. P. No. 350. MICKEY MARC PAGE *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus denied. *Mickey Marc Page,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 352. BENNY's, INC. *v.* LEO J. BURNS, *alias.* Petition for leave to file petition for writ of certiorari denied without prejudice to right of plaintiff to raise issue presented in Superior Court pursuant to Rule 73, R.C.P. *Martin M. Zucker,* for plaintiff. *Israel Moses,* for defendant.

APPEALS NOS. 197, 198, 199, 200. JOHN E. BRADSHAW *v.* ROBERT J. CAMPBELL. LOIS E. BRADSHAW *v.* ROBERT J. CAMPBELL. LOIS E. BRADSHAW *v.* IRENE M. CAMPBELL. JOHN E. BRADSHAW *v.* IRENE M. CAMPBELL. Motion of appellees for leave to file petition for reargument denied. *Howard R. Haronian,* for plaintiffs-appellees. *Martin M. Zucker,* for defendants-appellants.

APPEAL No. 309. THE ATLANTIC REFINING CO. *v.* DIRECTOR OF PUBLIC WORKS. Motion of petitioner to dismiss appeal of defendant denied. *Letts & Quinn, Andrew P. Quinn, Daniel J. Murray, Jerome B. Spunt,* for petitioner. *Arthur N. Votolato, Jr.,* Special Counsel, *Alexander G. Teitz,* Assistant Counsel, for respondent.

APPEAL No. 310. ROBERT COLVIN *v.* EARL GOLDENBERG, *alias.* Motion of plaintiff to dismiss defendant's appeal granted with-